THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Kathleen Cavanaugh, | Civil 08-CV-4580 (PAM/AJB) |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| v. | |
| Northwest Airlines, Inc., | |
| Defendant. | |

_____

Based upon the Stipulation for Dismissal of Plaintiff's Complaint, the above case IS HEREBY ORDERED DISMISSED.

Dated:  November  12 , 2008          s/Paul A. Magnuson
                                     Judge Paul A. Magnuson
                                     United States District Court